STATE of Missouri, Respondent,

v.

Donald F. JACKSON, Appellant.

No. WD 37806.

Missouri Court of Appeals,
Western District.

June 17, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 24, 1986.

William D. Farrar, Kirksville, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and BERREY and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial conviction of burglary in the second degree, § 569.170 RSMo 1978, and sentence to a five-year term of imprisonment.

Judgment affirmed.  Rule 30.25(b).